# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144356-7(61)

RONALD W. LECH II,
      Plaintiff/Counter-Defendant/Appellee,

v

HUNTMORE ESTATES CONDOMINIUM
ASSOCIATION,
      Defendant/Counter-Plaintiff/Appellee,

and

JACOBSON ORE CREEK LAND
DEVELOPMENT, L.L.C. and SCOTT R.
JACOBSON, d/b/a S.R. JACOBSON LAND
DEVELOPMENT, L.L.C.,
      Defendants-Appellants.

SC: 144356-7
COA: 296489; 297196
Livingston CC: 08-024045-CH

_____/

      On order of the Court, the motion for reconsideration of this Court's June 20, 2012 order is considered, and it is GRANTED in part. On reconsideration, we MODIFY our previous order so as to REMAND this case to the Court of Appeals for reconsideration of the issues raised by the plaintiff in Court of Appeals Docket No. 297196.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

d1217